## 53378. CITY OF MACON v. EAVENSON.

BELL, Chief Judge.

In this workmen's compensation case the full board on appeal accepted as fact the testimony of two medical doctors overturning the administrative law judge's finding of fact based on the contra testimony of one doctor. The superior court reversed reciting in its order that the board's award was improper because "The Board merely changed the Administrative Law Judge's holding on the question of causation of death without giving any *different evidence* to support this charge. The 'any evidence rule' has no application in this claim . . ." *Held:*

The court erred in reversing the award of the board. The "any evidence" rule does apply in this case. See

*American Motorists Ins. Co. v. Brown,* 128 Ga. App. 813 (198 SE2d 348) and *Springfield Ins. Co. v. Harris,* 106 Ga. App. 422 (126 SE2d 920).

*Judgment reversed. McMurray and Smith, JJ., concur.*

SUBMITTED JANUARY 31, 1977 — DECIDED FEBRUARY 9, 1977.

*Lawton Miller, Jr.,* for appellant.
*Neal D. McKenney, John M. Hancock,* for appellee.